

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

  CHAMBERS OF
**JOEL SCHNEIDER**
UNITED STATES MAGISTRATE JUDGE

UNITED STATES COURTHOUSE
ONE JOHN F. GERRY PLAZA
Fourth & Cooper Streets, Room 2060
Camden, New Jersey  08101
(856) 757-5446

**LETTER ORDER
ELECTRONICALLY FILED**
January 7, 2015


Gerald Allen Marks, Esquire
Marks & Klein, LLP
63 Riverside Avenue
Red Bank, NJ 07701

    Re:   **Spavlik, et al. v. 7-Eleven, Inc.
Civil No. 14-5796 (RMB/JS)**

Dear Mr. Marks:

    On January 7, 2015, the Court held the Rule 16 scheduling conference in this case. Plaintiffs sent to the conference an attorney who knew nothing about the case and had no authority to bind the client. Plaintiffs also did not participate in the submission of the required Discovery Plan. This Letter Order shall serve as an Order to Show Cause ("OSC") directed to plaintiffs to show cause why sanctions should not be imposed against plaintiffs and/or their counsel for violating the Court's November 14, 2014 Order for Scheduling Conference. <u>See</u> Fed. R. Civ. P. 16(f)(1)(B) and (C). Plaintiffs' written response to this OSC shall be served by January 14, 2015.

                    Very truly yours,

                    *s/ Joel Schneider*

                    JOEL SCHNEIDER
                    United States Magistrate Judge

JS:jk
cc:  Hon. Renée Marie Bumb